In the United States District Court
for the District of New Mexico

| | |
|---|---|
| Luke Myers,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Papa Texas, LLC; Guillermo Perales; Doe Corporation 1-10; John Doe 1-10;<br><br>Defendants. | Case No.   2:23-cv-00429<br><br>Magistrate Judge Jerry H. Ritter |

Joint stipulation of Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Papa Texas, LLC hereby stipulate to dismiss the action without prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher Moody | /s/Robert F. Gentile (per email authorization |
| Christopher Moody (Bar # 1850) | Robert F. Gentile |
| Moody & Stanford, P.C. | Elizabeth M. Piazza |
| 4169 Montgomery Blvd., NE | P.O. Box 93880 |
| Albuquerque, NM 87109 | Albuquerque, NM 87199 |
| 505-944-0033 (Phone) | (505) 823-2300 |
| 505-944-0034 (Fax) | rgentile@guebertlaw.com |
| moody@nmlaborlaw.com | epiazza@guebertlaw.com |
| | |
| *Counsel for Plaintiff and the putative class* | *Counsel for Defendant Papa Texas, LLC* |

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was filed electronically through the Court's CM/ECF system, which caused all registered parties to be served by electronic means.

*/s/ Christopher Moody 2023.08.03*
Christopher Moody